Filed
D.C. Superior Court
04/20/2022 15:00BM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NE'SHAWN TAMARA SMITH<br>2585 Naylor Road, S.E.<br>Washington, DC 20020<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>Serve: Patricia Lee<br>      Office of General Counsel<br>      Washington Metropolitan<br>      Area Transit Authority<br>      600 Fifth Street, N.W.<br>      Washington, D.C. 20001<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No.:  2022 CA 001645 V<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

1. Jurisdiction of the Court is invoked pursuant to D.C. Code § 11-921.

**(Negligence Causing Personal Injuries)**

2. On May 19, 2021, the Plaintiff, Ne'Shawn Tamara Smith, a pedestrian, was standing on the sidewalk adjacent to Pennsylvania Avenue, S.E., at or near its intersection with Minnesota Avenue, in Washington, D.C. On the same date and time, an agent/employee of Defendant Washington Metropolitan Area Transit Authority ('WMATA Driver") was operating a bus on Pennsylvania Avenue, at or near its intersection with Minnesota Avenue, in Washington, D.C. Suddenly, and without warning, the WMATA Driver negligently drove the bus into the Plaintiff, thereby striking the Plaintiff, and causing the Plaintiff to sustain serious personal injuries. The Plaintiff neither caused nor contributed to the collision or her injuries.

3. The WMATA Driver failed to pay full time and attention to the operation of his/her vehicle, failed to keep a proper lookout, failed to operate his/her vehicle at a reasonable speed, failed to brake timely, failed to reduce his/her speed to avoid a collision, failed to yield the right-of-way to a pedestrian, failed to control his/her vehicle, failed to see what was there to be seen, and operated his/her vehicle recklessly and with a reckless disregard for the consequences of such operation, and with a disregard for the rights and safety of the Plaintiff and others, and in a manner likely to endanger the person and property of the Plaintiff and others.

4. The WMATA Driver operated his/her vehicle in violation of the applicable motor vehicle and traffic laws of the District of Columbia. It was the duty of the WMATA Driver to operate his/her vehicle in a careful and prudent manner and with due regard for the safety of other persons; notwithstanding that duty, the WMATA Driver operated his/her vehicle in a negligent manner, and with a disregard for the safety of the Plaintiff.

5. As the direct and proximate result of the negligence of the WMATA Driver as aforesaid, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, permanent disability, great pain and suffering, and severe mental anguish and emotional distress.

6. As a further result of the negligence of the WMATA Driver as aforesaid, the Plaintiff has incurred, and will continue to incur, substantial medical and related expenses, transportation costs, loss of time and enjoyment from her usual and customary leisure and recreational activities, and permanent impairment of her usual and customary leisure and recreational activities.

7. At all times relevant to this action, the WMATA Driver was working as an employee or agent for the Defendant. Defendant is therefore vicariously liable for the aforesaid

negligence of the WMATA Driver and damages to the Plaintiff under the doctrine of *respondeat superior*.

WHEREFORE, the Plaintiff, Ne'Shawn Tamara Smith, demands judgment from and against Defendant WMATA in the amount of Five Million Dollars ($5,000,000) in compensatory damages, plus interest from the date of the accident, and costs.

Respectfully submitted,

/s/ Gabriela M. Saint-Louis

Gabriela M. Saint-Louis #1742853
Slocumb Law Firm, LLC
1225 I Street, NW, Suite 550A
Washington, D.C. 20005
Tel: (202) 897-2777
Fax: (202) 304-1548
garbiela@slocumblaw.com

COUNSEL FOR PLAINTIFF

### JURY DEMAND

Plaintiff hereby demands trial by a jury of six (6).

/s/ Gabriela M. Saint-Louis #1742853